BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 13-033-TLN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GLEN PATRICK SHOULTS, ET AL, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 13-168-KJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) ORDER RELATED CASES | |
| GLEN PATRICK SHOULTS, ) | |
| Defendant. ) | |

Examination of the above-captioned matter, CR. NO. S-13-033, and the later filed criminal action in CR. NO. S-13-168 reveals that the actions are related within the meaning of Local Rule 123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

STIPULATION TO RELATE CASES AND (PROPOSED) ORDER 3

The parties should be aware that relating the cases under Local
Rule 123 merely has the result that the actions are assigned to the
same judge. No consolidation of the actions is effected. Under the
regular practice of this court, related cases are assigned to the
judge to whom the first filed action was assigned.

         IT IS THEREFORE ORDERED that the action denominated CR. NO. S-
13-168 is reassigned to Judge Nunley for all further proceedings.
Henceforth, the caption on documents filed in the reassigned case
shall show the initials "TLN" instead of the other jurist's initials.

         IT IS FURTHER ORDERED that the clerk of the Court shall make
appropriate adjustment in the assignment of criminal cases to
compensate for this reassignment.

DATED:  5/8/13

HON. TROY L. NUNLEY
U.S. DISTRICT COURT JUDGE

///